AO 240 (1/94)

# United States District Court
## DISTRICT OF

Lorenzo Quintin Scott
**Plaintiff**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

District Attorney for the Norfolk District, et al.
**Defendant**

CASE NUMBER: C.A. 02-02179 Norfolk Superior Court

I, Lorenzo Quintin Scott, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Norfolk County Correctional Center

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 1995, Mass Eye And Ear Infirmary, Boston, Ma (Medical Clerk)

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [ ] No
   b. Rent payments, interest or dividends              [ ] Yes    [ ] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [ ] No
   d. Disability or workers compensation payments       [ ] Yes    [ ] No
   e. Gifts or inheritances                             [ ] Yes    [ ] No
   f. Any other sources                                 [X] Yes    [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.  Friends

| Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| | | | | Block | Previous Balance | | | 25.72 |
| ID 577744041 | Name SCOTT, LORENZO Q | | | | | | | |
| 06/18/2003 | 10:41 | I#240344 | I | 11.65 | | | | 14.07 |
| Comment Sales Transaction | | | | | | | | |
| 06/20/2003 | 09:40 | I#240517 | I | 5.20 | | | | 8.87 |
| Comment Sales Transaction | | | | | | | | |
| 06/27/2003 | 14:37 | I#241134 | I | 8.20 | | | | 0.67 |
| Comment Sales Transaction | | | | | | | | |
| 07/24/2003 | 12:31 | I#243023 | I | 0.00 | | | | 0.67 |
| Comment Sales Transaction | | | | | | | | |
| 08/04/2003 | 12:43 | B#22049 | Deposit | | 10.00 Cash | | | 10.67 |
| Comment 16-D | | | | | | | | |
| 08/15/2003 | 09:13 | I#244518 | I | 7.40 | | | | 3.27 |
| Comment Sales Transaction | | | | | | | | |
| 10/15/2003 | 10:02 | I#248558 | I | 2.50 | | | | 0.77 |
| Comment Sales Transaction | | | | | | | | |
| 10/16/2003 | 13:07 | B#22719 | Deposit | | 25.00 Money Order | | | 25.77 |
| Comment 16-Y | | | | | | | | |
| 10/17/2003 | 10:06 | I#248757 | I | 21.74 | | | | 4.03 |
| Comment Sales Transaction | | | | | | | | |
| 10/24/2003 | 10:58 | B#22783 | Deposit | | 30.00 Money Order | | | 34.03 |
| Comment 09-B | | | | | | | | |
| 10/31/2003 | 11:16 | I#249727 | I | 2.50 | | | | 31.53 |
| Comment Sales Transaction | | | | | | | | |
| 10/31/2003 | 11:17 | I#249728 | I | 25.32 | | | | 6.21 |
| Comment Sales Transaction | | | | | | | | |
| 11/03/2003 | 12:23 | B#22845 | Deposit | | 20.00 Cash | | | 26.21 |
| Comment 12E | | | | | | | | |
| 11/12/2003 | 12:44 | B#22938 | Deposit | | 10.00 Money Order | | | 36.21 |
| Comment 83-g | | | | | | | | |
| 12/04/2003 | 07:58 | I#251823 | I | 14.80 | | | | 21.41 |
| Comment Sales Transaction | | | | | | | | |
| 12/04/2003 | 08:00 | I#251824 | I | 0.95 | | | | 20.46 |
| Comment Sales Transaction | | | | | | | | |
| 12/08/2003 | 07:55 | I#252047 | I | 16.69 | | | | 3.77 |
| Comment Sales Transaction | | | | | | | | |

```
                Norfolk County HOC
                     Invoice

Inv #  252047                      12/08/2003

Block ID #      Name
       577744041 SCOTT, LORENZO

                                      Amount
Qty Code    Item
========================================
  9 7801008 STAMPS                      3.33
  9 7801008 STAMPS                      3.33
  9 7801008 STAMPS                      3.33
  9 7801008 STAMPS                      3.33
  4 7801008 STAMPS                      1.48
  4 0415402 MANILA ENVELOPES            1.80
========================================
Beg Bal:$    20.46   Subtotal:      $16.60
End Bal:$    -3.77        Tax:      $0.09

                         Total:     $16.69
```

Signature: _[signed]_